# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SVETLANA SHEVTSOVA,**
Appellant,

v.

**ESTATE OF SERGIY M. SOLOVYOV,** Deceased, et. al.,
Appellee.

No. 4D19-3743

[December 3, 2020]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE 18-027162(08).

Mark Perlman of Mark Perlman, P.A., Hollywood, for appellant.

Charles F. Otto, Esq. and Tara N. Mulrey, Esq. of Straley Otto, Fort Lauderdale, for appellee Fairways Royale Condominium Association, Inc.

Nadya Shergher, Sunny Isles Beach, pro se, individually and as Personal Representative of the Estate of Sergiy M. Solovyov.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***